```
1  GEORGE SYKULSKI, A PROF. LAW CORP.
   George Sykulski, CSB #041133
2  georgesykulski@roadrunner.com
3  Dana Sykulski, CSB #228210
   dsykulski@yahoo.com
4  Post Office Box 10426
5  Burbank, California 91510
   Telephone: (818) 783-8500
6  Attorneys for Plaintiff FERGUSON ENTERPRISES, LLC
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| UNITED STATES, for the use of FERGUSON ENTERPRISES, LLC,<br><br>Plaintiff,<br>vs.<br><br>ANDERSON BURTON CONSTRUCTION, INC., a corporation; THE WESTERN SURETY COMPANY, a corporation,<br><br>Defendants. | CASE NO. '20 CV0644 GPC RBB<br><br>**COMPLAINT ON BOND**<br>**(Miller Act)** |

Use Plaintiff complains of Defendants and alleges:

1. This Court has subject matter jurisdiction of this action pursuant to 40 U.S.C.A. Section §3131, et seq. (the Miller Act).

2. At all times mentioned in this Complaint, Defendant, The Western Surety Company ("**Surety**"), was and now is, a corporation authorized by the State of California to engage in the business of acting as a surety on bonds required or authorized by law.

///

1

COMPLAINT ON BOND

3. On or about May 5, 2015, Anderson Burton (**"Anderson"**) was awarded a contract by the United States of America, through the United States Department of Defense, more particularly identified and known as Contract No. #N62473-15-D-2438 for that certain Work of Improvement consisting of the construction of Sculleries B569 Marine Corps Recruit Depot, San Diego CA 92140 (the "Work of Improvement"). Anderson entered into a subcontract agreement with Steven Field Plumbing (**"Field"**) pursuant to which Field agreed to provide and install plumbing materials to the Work of Improvement.

4. Anderson, as principal, and Surety, as surety, executed and delivered a certain Payment Bond #30042149, guaranteeing payment to all persons supplying labor and materials in the prosecution of the Work of Improvement. The Bond was executed and delivered in accordance with an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. 270a-270e).

5. During the course of the performance and prosecution of the public work, Use Plaintiff sold, delivered and furnished certain pipe, plumbing, HVAC, appliances, lighting, and related materials to Field at its special instance and request. The materials were furnished to be used and the same were actually used in the prosecution of the Work of Improvement.

6. Within ninety days from the date on which Use Plaintiff furnished the last of the materials for which its claim hereunder is made, Use Plaintiff gave written notice to Anderson, stating, with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, which notice was served on the general

contractor by certified return receipt requested mail in an envelope addressed to the contractor.

7. The materials so furnished by Use Plaintiff in the prosecution of the Work of Improvement were and are reasonably worth the sum of $34,207.74. No part of that sum has been paid or credited on that amount. There is now due, owing and unpaid to Use Plaintiff the sum of $34,207.74, plus accrued service charges/interest in the amount of $2,053.74, plus service charges/interest at the rate of 18% percent per annum (1.5% per month) from December 1, 2019, after deducting all just credits and offsets.

8. Plaintiff and Field entered into a written contract which provides for the payment of reasonable attorneys' fees in the event that Field failed to pay for materials supplied to them by Plaintiff.

WHEREFORE, Use Plaintiff prays judgment against each of the Defendants, jointly and severally, as follows:

1. For the sum of $34,207.74, plus accrued service charges/interest in the amount of $2,053.74, plus service charges/interest at the rate of 18% percent per annum from December 1, 2019 to the date of entry of judgment;

2. For reasonable attorneys' fees;

3. For costs of suit; and

4. For such other and further relief as the court deems just and proper.

DATED: March 25, 2020         GEORGE SYKULSKI, A PROFESSIONAL
                              LAW CORPORATION

                              By: *s/ Dana Sykulski*
                              Dana Sykulski, CSB #228210
                              Attorneys for Plaintiff

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
UNITED STATES, for the use of FERGUSON ENTERPRISES, LLC

**DEFENDANTS**
ANDERSON BURTON CONSTRUCTION, INC., a corporation; THE WESTERN SURETY COMPANY, a corporation

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   San Luis Obispo
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
GEORGE SYKULSKI, A PLC
George Sykulski, CSB #041133 / Dana Sykulski, CSB #228210
Post Office Box 10426, Burbank, CA 91510 / Phone: (818) 783-8500

Attorneys *(If Known)*   '20 CV 0644 GPC RBB

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 USCA Section 3131 (Miller Act)
Brief description of cause:
Use Plaintiff has not been paid for building materials supplied to federally owned job.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 34,207.74
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  03/24/2020
SIGNATURE OF ATTORNEY OF RECORD  s/ Dana Sykulski

**FOR OFFICE USE ONLY**
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____